MICHAEL F. GIBBONS AND SIDNEY C. EPPERSON, Appellants, *v.*
STEAMBOAT C. J. CAFFREY, Respondent.

*Boats and Vessels.*—See Gibbons et al. v. St. Bt. Fanny Barker, *ante* p. 253.

*Appeal from St. Louis Circuit Court.*

*J. K. Knight*, for appellants.

*Rankin & Hayden*, for respondent.

HOLMES, Judge, delivered the opinion of the court.

The claim in this case was for a lien on the boat for labor
done by a person not employed on board of the boat, in lad-
ing and discharging freight, as for a debt contracted (as
alleged) in getting out, furnishing and equipping the boat,
under the second clause of the act concerning Boats and
Vessels. The case comes within the decision in Gibbons v.
St. Bt. Fanny Barker, decided at this term. The statute
gives no lien in such a case.

Judgment affirmed. The other judges concur.